# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| ROGER KALAOUZ AND ASSOCIATES, a Lebanese corporation; and RK&A, INC., a subsidiary California corporation, 32610 McRae Lane, Wildomar, California 92595,<br><br>    Plaintiffs,<br><br>v.<br><br>JACK ROUSE ASSOCIATES, INC., 600 Vine Street, Suite 1700, Cincinnati, Ohio 45202,<br>    Defendant. | No. 1:11-CV-00652-HJW<br><br>Judge Herman J. Weber |

## MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT

Plaintiffs Roger Kalaouz and Associates and RK&A, Inc. ("Plaintiffs") respectfully submit the following memorandum in opposition to the motion by Defendant Jack Rouse Associates, Inc. ("Defendant") to dismiss this case under Fed. R. Civ. P. 12(b)(6) or, in the alternative, for a more definite statement.

### I. ARGUMENT

Pursuant to the parties' joint motion, Plaintiffs were granted until November 30, 2011 to file an amended complaint in response to Defendant's motion to dismiss. (Dkt. No. 20). On November 30, 2011, Plaintiffs filed and served an amended

complaint (the "First Amended Complaint") as a matter of right, so Defendant's motion to dismiss the original complaint should be denied as moot. Pursuant to Fed. R. Civ. P. 15(a)(1), each party has the right to amend its pleadings "as a matter of course" without leave of court at any time before a responsive pleading is served. Fed. R. Civ. P. 15(a)(1); *Miller v. ACI Indus.*, No. C2-09-CV-447, 2010 U.S. Dist. LEXIS 495, at *3 (S.D. Ohio Jan. 5, 2010) ("plaintiff is entitled to amend a complaint once as a matter of right before a responsive pleading is filed."). Motions under Fed. R. Civ. P. 12 are not "responsive pleadings" for purposes of Rule 15. *Miller v. ACI Indus.*, 2010 U.S. Dist. LEXIS 495, at *3 (observing a motion to dismiss is not considered a responsive pleading under Rule 15(a)); *Herzog v. Secretary of Health, Educ. and Welfare*, 686 F.2d 1154, 1162 (6th Cir. 1982) ("A motion to dismiss is not a responsive pleading."). Accordingly, the filing of Defendant's motion to dismiss under Fed. R. Civ. P. 12(b)(6) or, in the alternative, for a more definite statement under Fed. R. Civ. P. 12(e), does not bar Plaintiffs from amending its complaint as a matter of right.

Plaintiffs' amended complaint supersedes its original complaint filed on September 21, 2010 and renders it of no legal effect (aside from the commencement date of this action, notice of the asserted contract breach, and any other timing issues). *Parry v. Mohawk Motors of Mich., Inc.*, 236 F.3d 299, 306-07 (6th Cir. 2000) (filing of a new complaint supersedes the previous complaint and controls the case).

4848-2630-1966.1

Defendant's motion to dismiss the original complaint or, in the alternative, for a more definite statement, should therefore be denied as moot. *See Dorcey v. Clements,* 2011 U.S. Dist. LEXIS 131850, at *6 (S.D. Ohio Nov. 15, 2011) (filing of amended complaint rendered partial motion to dismiss based on the original complaint moot).

## II. CONCLUSION

For these reasons, Defendant's motion to dismiss, or in the alternative, for a more definite statement, should be denied as moot.

Respectfully submitted this 30th day of November, 2011.

        DINSMORE & SHOHL LLP

        /s/ Gary E. Becker
        Gary E. Becker (0012716)
        Robert M. Zimmerman (0079584)
        1900 Chemed Center
        255 East Fifth Street
        Cincinnati, Ohio 45202
        Phone: (513) 977-8200
        Fax: (513) 977-8141
        Email: gary.becker@dinsmore.com
        robert.zimmerman@dinsmore.com

        *Attorneys for Plaintiffs*
        *Roger Kalaouz and Associates*
        *and RK&A, Inc.*


        LEWIS BRISBOIS BISGAARD & SMITH LLP

        Leron E. Rogers
        Georgia Bar No. 482620
        Kenneth A. Newby
        Georgia Bar No. 179772

        *Attorneys for Plaintiffs*
        *(pro hac vice admissions pending)*

        1180 Peachtree Street, NE
        Suite 2900
        Atlanta, Georgia 30309
        Phone:   (404) 348-8585
        Fax:   (404) 467-8845
        Email:   lrogers@lbbslaw.com
                    knewby@lbbslaw.com

*Of Counsel for Plaintiffs*
Kendall A. Minter, Esq.
**MINTER & ASSOCIATES, LLC**
5398 E. Mountain Street
Stone Mountain, GA 30083

4848-2630-1966.1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| ROGER KALAOUZ AND ASSOCIATES, a Lebanese corporation; and RK&A, INC., a subsidiary California corporation, 32610 McRae Lane, Wildomar, California 92595, <br><br>　　　　Plaintiffs, <br><br>v. <br><br>JACK ROUSE ASSOCIATES, INC., 600 Vine Street, Suite 1700, Cincinnati, Ohio 45202, <br><br>　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br>No. 1:11-CV-00652-HJW <br><br>Judge Herman J. Weber |

_____

## **CERTIFICATE OF SERVICE**

We certify that on November 30, 2011, we electronically filed the forgoing **MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT** using the CM/ECF system which will send notification of such filing to counsel of record in this matter who are registered on the CM/ECF:

James R. Cummins, Esq.
Renee A. Infante
**WAITE, SCHNEIDER, BAYLESS &
CHESLEY CO., L.P.A.**
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202

4848-2630-1966.1

jcummins@wsbclaw.com
reneeinfante@wsbclaw.com
(513) 621-0267 – Telephone
(513) 381-2375 – Facsimile

*Counsel for Defendant
Jack Rouse Associates, Inc.*

Respectfully submitted this 30th day of November, 2011.

DINSMORE & SHOHL LLP

/s/ Gary E. Becker
Gary E. Becker (0012716)
Robert M. Zimmerman (0079584)
1900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202
Phone: (513) 977-8200
Fax: (513) 977-8141
Email: gary.becker@dinsmore.com
robert.zimmerman@dinsmore.com

*Attorneys for Plaintiffs
Roger Kalaouz and Associates
and RK&A, Inc.*

4848-2630-1966.1